STATE OF CONNECTICUT *v.* THE KEYHOLE PUBLISHING
COMPANY ET AL.

The motion by the defendants to dismiss the petition for certification for appeal from the Appellate Division of the Circuit Court is denied because no such petition has been filed.

*Irwin D. Mittelman,* for the appellees (defendants).

*William Lage,* for the appellant (state).

Argued October 5—decided October 5, 1965

STATE OF CONNECTICUT *v.* ROBERT KARASINSKI

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Herman D. Silberberg,* in support of the petition.

*Joseph H. Sylvester,* assistant prosecuting attorney, in opposition.

Submitted August 10—decided October 6, 1965

JOSEPH LOMBARDO ET AL. *v.* STEPHEN F. SIMKO

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*A. Reynolds Gordon,* in support of the petition.